UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

LLD MARKETING INC

Debtor.

Chapter 7
Case No. 08-06185-ESL

TRUSTEE'S OBJECTION TO ALLOWANCE OF CLAIMS

Now Comes, NOREEN WISCOVITCH-RENTAS ("Trustee"), to Object to the allowance of the following claim(s) on the grounds specified:

| Claim Number | Creditor Name | Creditor Address | Amount Claimed |
|---|---|---|---|
| 000005 | EUROBANK | EUROBANK<br>PO BOX 191009<br>SAN JUAN, PR 00919-1009 | $218,340.86 |

Creditor is secured by restaurant/franchise equipment.  Creditor should pursue its secured claim in personal property.  Claim should be stricken and disregarded.

Wherefore, the Trustee respectfully requests that this court disallow the said claims as requested.

NOTICE

PLEASE TAKE NOTICE that within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico.  If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise.  If you file a timely response, the court may - in its decision - schedule a hearing.

This Motion requires a Written Response.  If a claimant contests an objection to claim, it must file with the Clerk a written response to the objection.  The response must state with particularity why the proof of claim should be allowed, must contain any documentation in support of allowance of the proof of claim and must state why the objection to the proof of claim should be denied.  A response to an objection to claim must be served on the objecting party and

any other party entitled to receive notice of the response. A claimant who does not file a timely response to a properly served objection to claim is deemed to have agreed that the objection to claim may be granted. If a timely response is not filed, the court may grant the objection to claim without further notice of hearing.

  WHEREFORE, the undersigned trustee prays for this Honorable Court that unless a written request for a hearing in opposition to these objections is filed by claimants, to allow or disallow the aforementioned claims is requested the remedy requested be granted.

  I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by CM/ECF system to all parties listed above and by regular mail on this 24th day of April, 2011.

Respectfully submitted,

Dated: April 24, 2011   By: /s/ Noreen Wiscovitch-Rentas
NOREEN WISCOVITCH-RENTAS
Pmb #136
400 Kalaf Street
San Juan, PR 00918
Phone: (787) 946-0132
Fax: (787) 946-0133
Email: noreen@nwr-law.com